O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1332 AHM (FFMx) | Date | March 16, 2010 |
|---|---|---|---|
| Title | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.* v. SLAVIK STEIN, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court not having been informed that the Temporary Restraining Order has been served on Slavik Stein even though the time to do so was extended, the Court vacates the March 1, 2010 Temporary Restraining Order.

|  | : |
|---|---|
| Initials of Preparer | SMO |