1  **KATTEN MUCHIN ROSENMAN LLP**
   Stuart M. Richter (CA 126231)
2  2029 Century Park East
   Suite 2600
3  Los Angeles, CA 90067-3012
4  Telephone: 310.788.4400
   Facsimile: 310.788.4471
5
6  **FREEBORN & PETERS LLP**
   Neal H. Levin (admitted *pro hac vice*)
7  311 S. Wacker Drive
   Suite 3000
8  Chicago, IL 60606
   Telephone: 312.360.6530
9  Facsimile: 312.360.6573
10
   Attorneys for Plaintiffs
11 State Farm Mutual Automobile Insurance Company and
   State Farm County Mutual Insurance Company
12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15 | STATE FARM MUTUAL          ) Case No. 2:10-cv-01332-AHM (FFMx)
   | AUTOMOBILE INSURANCE       )
16 | COMPANY and STATE FARM     ) **JOINT WITNESS LIST**
   | COUNTY MUTUAL INSURANCE    )
17 | COMPANY OF TEXAS,          )
18 |                            )
   |         Plaintiffs,        )
19 |                            )
   |   vs.                      )
20 |                            )
   | SLAVIK STEIN, et al.,      )
21 |                            )
22 |         Defendants.        )
   |                            )
23 |   vs.                      )
   |                            )
24 | SLAVIK STEIN, et al.,      )
25 |                            )
   |         Third-Party Respondents. )
26 |                            )
   |                            )
27

28

---
                                    JOINT WITNESS LIST
                                                               2:10-cv-01332-AHM (FFMx)
31567117v1

1  Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm
2  County Mutual Insurance Company ("Plaintiffs") submit that they plan to call the
3  following persons as witnesses at trial in this matter:

| Number | Name | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| PW 1 | Jacqueline Stein<br>950 N. King Road<br>Unit 116<br>West Hollywood, CA 90069 | | |
| PW 2 | Yuri Stein<br>4660 Coldwater Canyon Ave.<br>Studio City, CA<br>(818) 242-2142 | | |
| PW 3 | Lyudmila Gutgarts<br>7984 Oceanus Dr.<br>Los Angeles, CA<br>(323) 654-2840 | | |
| PW 4 | Eliozar Gutgarts<br>7984 Oceanus Dr.<br>Los Angeles, CA<br>(323) 654-2840 | | |
| PW 5 | Anatoly Kavunovsky<br>11549 Dona Pepita<br>Studio City, CA | | |

| | | | |
|---|---|---|---|
| | (323) 378-5422 | | |
| PW 6** | Marina Stein**<br>5353 Wilshire Blvd.<br>Unit 313<br>Los Angeles, CA 90036<br>(213) 944-7050 | | |
| PW 7** | Semyon Spector**<br>731 N. Kikea Dr.<br>Los Angeles, CA 90046 | | |

** denotes that Plaintiffs may call this witness

Third-Party Respondents Marina Stein and Field Chasers, Inc. ("Third Party Respondents") submit that they plan to call the following persons as witnesses at trial in this matter:

| Number | Name | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| TPR W 8 | Marina Stein | Fed. R. Evid. § 601; Fed. R. Evid. § 602; California's Evidence Code § 701.<br>See previous separately filed Plaintiffs' Motion in Limine To Bar Testimony Of Marina Stein [Dkt. # 90]. | None of the authorities cited are on point. In fact they allow Marina Stein to testify – she is presumed competent. See previously filed Points and Authorities in Opposition to Motion to Bar Testimony [Dkt. # 94] |
| TPR | Semyon Spector | Fed. R. Civ. P. § 403. | This rule is not on |

| | | | | |
|---|---|---|---|---|
| W 9 | | | Plaintiffs were informed when they attempted to serve Mr. Spector for deposition in February of 2011 (including being informed by counsel for Third-Party Respondents) that Mr. Spector had been hospitalized, had recently undergone quadruple bypass surgery and is going to be in recovery for weeks, and is expected to also have surgery for an aneurism. Therefore, Plaintiffs were unable to depose Mr. Spector. Allowing him to now testify at trial will unfairly prejudice Plaintiffs. *See also* Plaintiffs' Evidentiary Objection To The Declaration Of Semyon Spector [Dkt. # 75]. | point. No basis – no excuse for failure to depose. Hearsay objection. Clear that no service of subpoena for deposition was made. Neglect to depose is no basis for objection to testimony. See also previously filed Reply Memorandum of Points and Authorities at pp.8-9 [Dkt. #80] |
| TPR W 10 | Ella Brodsky | | Fed. R. Evid. § 403. Ms. Brodsky allegedly resides outside of the United States. Plaintiffs did not depose Ms. | FRCP 26(b)(1) allows discovery relevant to party's claim. FRCP 28(b) allows and |

3

**JOINT WITNESS LIST**
2:10-CV-013332 AHM (FFMx)

31567117v1

| | | Brodsky as she was outside of the courts' subpoena powers. Allowing her to now testify at trial will unfairly prejudice Plaintiffs. *See also* Plaintiffs' Motion In Limine To Bar Declaration Of Ella Brodsky [Dkt. # 91]. | provides for out-of-United States depositions. Rule 29 allows parties to stipulate to depositions anywhere. No attempts to do so. In any event, no basis to bar testimony. Also, see previously filed Points and Authorities in Opposition to Motion to Bar. [Dkt #95] |
|---|---|---|---|

Plaintiffs and Third-Party Respondents hereby expressly reserve the right to amend or otherwise modify this Witness List.

DATED: May 9, 2011                    KATTEN MUCHIN ROSENMAN

By: /s/       Stuart M. Richter
         Stuart M. Richter
Attorneys for Plaintiffs State Farm Mutual
Automobile Insurance Company and State
Farm County Mutual Insurance Company

DATED: May 9, 2011                    LAW OFFICE OF GERALD I. NEITER

By: /s/       Gerald I. Neiter
         Gerald I. Neiter
Attorneys for Third Party Respondents Marina
Stein and Field Chasers, Inc.